UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06175-RGK-KS | Date | February 17, 2022 |
|---|---|---|---|
| Title | *New Vision Contractors, Inc. v. Stealth Consulting Management, Inc.* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order Re: Plaintiff's Motion for Default Judgment [DE 25]**

I.   **INTRODUCTION**

On July 30, 2021, New Vision Contractors, Inc. ("Plaintiff") filed a complaint against Stealth Consulting Management, Inc. ("Defendant") for breach of contract, false promise, and unjust enrichment. (*See* Compl., ECF No. 1.) On November 4, 2021, the Clerk entered default against Defendant. Presently before the Court is Plaintiff's Motion for Default Judgment. (ECF No. 25.) For the following reasons, the Court **DISMISSES** this action, finding that it lacks subject matter jurisdiction, and accordingly **DENIES** Plaintiff's Motion **as moot**.

II.   **DISCUSSION**

Plaintiff asserts that the Court has diversity jurisdiction under 28 U.S.C. § 1332. Section 1332 provides that district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states, and the action involves an amount in controversy that exceeds $75,000. 28 U.S.C. § 1332.

Here, Plaintiff and Defendant are not citizens of different states; both are citizens of California. A "corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated *and* of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1) (emphasis added). A corporation can therefore be a dual citizen. Plaintiff "is a California corporation, doing business in Los Angeles County, California," making it a citizen of only California. (Pl.'s Mot. Default J. at 2.) However, Defendant "is a Delaware corporation . . . and doing business in Los Angeles County, California." (*Id*.) It appears that Defendant's principal place of business is California, which would make it a citizen of both Delaware *and* California. (*Id*.) Because Plaintiff does not sufficiently allege that there is complete diversity, the Court lacks subject matter jurisdiction.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06175-RGK-KS | Date | February 17, 2022 |
|---|---|---|---|
| Title | *New Vision Contractors, Inc. v. Stealth Consulting Management, Inc.* | | |

## III.   CONCLUSION

For the foregoing reasons, the Court **DISMISSES** this case and accordingly **DENIES** Plaintiff's Motion **as moot**.

**IT IS SO ORDERED.**

_____ : _____

jre